United States District Court
Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff,

v.

D-1 Mashiyat Rashid,

        Defendant.

Criminal No. 17-cr-20465

Hon. Denise Page Hood

---

**Application for Entry of Final Order of Forfeiture**

---

The United States applies to this Court for entry of a Final Order of Forfeiture pursuant to Federal Rules of Criminal Procedure 32.2(e) and 21 U.S.C. § 853. In support of this Application, the government hereby incorporates by reference all of the information included in the Stipulated Preliminary Order of Forfeiture (ECF No. 317), the Stipulated Order addressing the ancillary petitions filed by Bank of America (2:17-mc-51250, ECF Nos. 6, 7, and 15), the Government's Motion to Dismiss and the Stipulated Order dismissing the ancillary petition filed by Chapter 7 Trustee for the Bankruptcy Estate of Saima Rashid (2:18-mc-51801, ECF Nos. 4 and 8), and the record in this case.

The United States filed a Superseding Indictment on June 5, 2018, which charged defendant with Conspiracy to Commit Health Care Fraud and Wire Fraud in violation of 18 U.S.C. § 1349 (Count One); Health Care Fraud in violation of 18

U.S.C. §§ 1347 and 2 (Counts Two through Five); Conspiracy to Defraud the United States and Pay and Receive Health Care Kickbacks in violation of 18 U.S.C. § 371 (Count Six); Receipt of Kickbacks in Connection with a Federal Health Care Program in violation of 42 U.S.C. § 1320a-7b(b)(1)(A) (Count Seven); Payment of Kickbacks in Connection with a Federal Health Care Program in violation of 42 U.S.C. § 1320(a)-7b(b)(2)(A)-(B) (Count Eight); and Money Laundering in violation of 18 U.S.C. §§ 1957 and 2 (Count Nine and Ten).

The Superseding Indictment also contained a forfeiture allegation providing notice to Defendant that upon conviction the United States will seek forfeiture of any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(7). The Superseding Indictment set forth that such property includes a forfeiture money judgment representing the total amount of proceeds and/or gross proceeds obtains as a result of Defendant's violations as charged.

The Superseding Indictment also gave notice that the Government will seek to forfeit substitute assets pursuant to 21 U.S.C. § 853(p) up to the value of the otherwise forfeitable property. (2:17-cr-20465, ECF No. 242).

With respect to the Defendant, the Government filed four Forfeiture Bill of Particulars, providing notice of specific property the United States intends to

forfeit upon Defendant's conviction of one or more counts of the Superseding Indictment, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure. (2:17-cr-20465, ECF Nos. 132, 142, 171, and 211).

On October 15, 2018, Defendant pleaded guilty to Counts One and Nine of the Superseding Indictment, Conspiracy to Commit Health Care Fraud and Wire Fraud in violation of 18 U.S.C. § 1349, and Money Laundering in violation of 18 U.S.C. §§ 1957 and 2, respectively. (2:17-cr-20465, ECF No. 311).

On November 20, 2018, Defendant entered into a Stipulated Preliminary Order of Forfeiture, wherein Defendant agreed, pursuant to 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(7), to forfeit to the United States his interest in all property, real or personal, which constitutes or is derived, directly or indirectly, from gross proceeds traceable to Defendant's conspiracy to commit health care fraud and wire fraud. Pursuant to 18 U.S.C. § 982(a)(1), Defendant agreed to forfeit to the United States his interest in all property involved in, or traceable to property involved in, money laundering.

Specifically, Defendant agreed to forfeit to the United States his interest in the following, including any interest held by a corporation under the control of the Defendant:

    a. Real property located at 2990 W. Grand Boulevard, Detroit, Michigan, and being more fully described in the United States'

Second Bill of Particulars (Dkt. # 132)[1];

b. Real property located at 2932-2942 West Grand Boulevard, Michigan and being more fully described in the United States' Second Bill of Particulars (Dkt. # 132);

c. One Thousand Nine Hundred Seven Dollars and Eighty-Seven Cents ($1,907.87) in funds from Bank of America Checking Account No. 3750-1329-2899, held in the name of National Laboratories;

d. One Thousand Two Hundred Sixty-One Dollars and Thirty Cents ($1,261.30) in funds from Credit Union One Checking Account No. 3002070104, held in the name of Tri-County Physicians Group;

e. Six Hundred Forty-Seven Dollars and Eighty-Three Cents ($647.83) in funds from Bank of America Checking Account No. 3750-1670-2991, held in the name of Tri-County Physicians Group;

f. One Hundred Twenty-Four Thousand Sixty-Four Dollars and Eighty Cents ($124,064.80) in funds from Bank of America Checking Account No. 3750-1878-7312, held in the name of Tri-State Physicians Group, PC;

g. Forty-Two Thousand Seven Hundred Thirty-Seven Dollars and Seventy-Five Cents ($42,737.75) in funds from Bank of America Checking Account No. 3750-1878-7299, held in the name of New Center Medical, PC;

h. One Thousand Four Hundred Eighty-Five Dollars and Twenty-Five Cents ($1,485.25) in funds from Credit Union One Joint Checking Account No. 3002070088, held in the name of Tri-County Wellness;

i. Twenty-One Thousand Six Hundred Sixty-Two Thousand Dollars and Twenty Cents ($21,662.20) in funds from Bank of America Checking Account No. 3750-1603-4737, held in the name of Tri-County Wellness;

j. Sixty-Four Thousand Six Hundred Eighty Dollars and Four Cents

---

[1] The United States Marshals Service received a total of $2,884,645.11 cash in lieu of Real Property at 2990 W. Grand Blvd, Detroit, pursuant to the Court's order in Case No. 2:17-cv-13068.

4

($64,680.04) in funds from Bank of America Account No. 3750-1213-3302, held in the name of Mashiyat Rashid;

k.  Three Million Six Hundred Fifty Thousand Four Hundred Thirteen Dollars and Twenty-One Cents ($3,650,413.21) in funds from Bank of America Money Market Savings Account No. 3750-0935-8653 held in the name of Mashiyat Rashid;

l.  Five Hundred and Eight Thousand Four Hundred Dollars ($508,400) in U.S. Currency;

m. All Funds on Deposit and All Other Items of Value in E-Trade IRA Account Number 35950075 (Approximately $25,568.16 value, as of August 27, 2018);

n.  All Funds on Deposit and All Other Items of Value in U.S. Trust-Bank of America Private Wealth Management Account No. 56-01-100-3334026 (Approximately $6,764,801.27 value, as of August 15, 2018);

o.  All Funds on Deposit and All Other Items of Value in Bank of America Checking Account No. 3750-1869-2025 ($160,875.71);

p.  All Funds on Deposit and All Other Items of Value in Bank of America Account No. 3750-1399-8481($25,020.61);

q.  All Funds on Deposit and All Other Items of Value in Bank of America Account No. 3750-1869-2740 ($162,778.35); and

r.  $2000 Cash in lieu of Detroit Pistons Full Season Ticket Membership #6135954, specifically including a license to use tickets for seats 11, 12, 13, 14, in Row 17, Section 121, for all Detroit Pistons games at Little Caesars Arena during the 2017-2018 NBA regular season.

Additionally, Defendant agreed to the entry of a forfeiture money judgment against him in favor of the United States in the amount of $49,457,829.50, representing the total value of the property subject to forfeiture for Defendant's

violation of Count One of the Superseding Indictment, to the extent such value is not satisfied by the specific forfeitures set forth above. (2:17-cr-20465, ECF No. 317).

The United States provided notice of the Stipulated Preliminary Order of Forfeiture to all third parties known to the United States to have a possible interest in the referenced assets. (2:17-cr-20465, ECF Nos. 318, 320, 322, 324, 347, 366, and 369). The United States also published notice of the Stipulated Preliminary Order of Forfeiture on www.forfeiture.gov, pursuant to 21 U.S.C. § 853(n). (2:17-cr-20465, ECF No. 330). Three ancillary petitions were received and docketed by the Clerk of the Court in Case No. 17-mc-51250 and Case No. 18-mc-51801.

On or about December 14, 2018, Bank of America filed its Claim of Interest I, identifying its interest as a lienholder and asserting a claim to the following:

   a. $1,952,190.35 plus accruing interest from real property located at 2990 W. Grand Boulevard, Detroit, Michigan, and being more fully described in the United States' Second Bill of Particulars (17-cr-2046, Dkt. # 132);

   b. $2,146,372.81 plus accruing interest from U.S. Trust-Bank of America Private Wealth Management Account No. 56-01-100-3334026 (Approximately $6,7g64,801.27 value, as of August 15, 2018);

(2:17-mc-51250, ECF No. 6).

On or about December 18, 2018, Bank of America filed its Claim of Interest II, identifying its interest as a lienholder and asserting a claim to the following:

6

    a. Twenty-One Thousand Six Hundred Sixty-Two Thousand Dollars and Twenty Cents ($21,662.20) in funds from Bank of America Checking Account No. 3750-1603-4737, held in the name of Tri-County Wellness;

    b. Sixty-Four Thousand Six Hundred Eighty Dollars and Four Cents ($64,680.04) in funds from Bank of America Account No. 3750-1213-3302, held in the name of Mashiyat Rashid; and

    c. All Funds on Deposit and All Other Items of Value in Bank of America Account No. 3750-1869-2740 ($162,778.35);

(2:17-mc-51250, ECF No. 7).

On April 16, 2019, the Court entered a Stipulated Order granting in part, and denying in part, Bank of America's ancillary petitions. The parties stipulated and agreed to the granting of Bank of America's petition as to:

    a. Up to $1,980,293.35 from the sale of real property located at 2990 W. Grand Boulevard, Detroit, Michigan, and being more fully described in the United States' Second Bill of Particulars (17-cr-2046, Dkt. # 132);

    b. $2,175,760.57 from U.S. Trust-Bank of America Private Wealth Management Account No. 56-01-100-3334026 (Approximately $6,764,801.27 value, as of August 15, 2018);

    c. Twenty-One Thousand Six Hundred Sixty-Two Thousand Dollars and Twenty Cents ($21,662.20) in funds from Bank of America Checking Account No. 3750-1603-4737, held in the name of Tri-County Wellness; and

    d. Sixty-Four Thousand Six Hundred Eighty Dollars and Four Cents ($64,680.04) in funds from Bank of America Account No. 3750-1213-3302, held in the name of Mashiyat Rashid.

The parties stipulated and agreed to the denial of Bank of America's petition as to Funds on Deposit and All Other Items of Value in Bank of America Account

No. 3750-1869-2740 ($162,778.35). The parties stipulated and agreed to the denial of Bank of America's petition as to all other charges, fees, and costs set forth in Bank of America's petition. (2:17-mc-51250, ECF No. 15).

On or about June 17, 2019, 2990 W. Grand Boulevard, Detroit, Michigan was sold pursuant to an order entered by this Court in Case No. 17-cv-13068, for $3,201,830.19. The receivership estate created by this Court in Case No. 17-cv-13068 received $2,930,723.92 after closing costs and fees. After paying the Receiver's final fees and costs, $2,884,645.11 was transferred to the U.S. Marshals Services to be forfeited in lieu of the 2990 W. Grand Boulevard property.

On or about December 21, 2018, Chapter 7 Trustee for the Bankruptcy Estate of Saima Rashid filed an ancillary petition, claiming an interest in the following property on behalf of the Bankruptcy Estate of Saima Rashid:

a. All Funds on Deposit and All Other Items of Value from E*Trade IRA Account No. XXXX0075 ($25,568.16) (17-FBI-005339);

b. All Funds on Deposit and All Other Items of Value in U.S. Trust-Bank of America Pri1vate Wealth Management Account No. XX-XX-XXX-XXX4026 ($6,764,801.27) (17-FBI-005344);

c. $64,680.04 in funds from Bank of America Account No. XXXX-XXXX-3302 (17-FBI-005355);

d. $3,650,413.21 in funds from Bank of America Money Market Savings Account No. XXXX-XXX-8653 (17-FBI-005356); and

e. $508,400.00 U.S. Currency (17-FBI-006090).

On April 12, 2019, the Court entered a Stipulated Order dismissing the Trustee's

petition with prejudice. (2:18-mc-51801, ECF Nos. 1, 8).

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture remains preliminary as to third parties until the ancillary proceeding is concluded under Rule 32.2(c). Rule 32.2(c)(2) directs that the Court must enter a final order of forfeiture by amending the preliminary order as necessary to account for any third-party rights.

In accordance with Fed. R. Crim. P. 32.2(b)(4)(B), forfeiture became final as to the defendant as of his sentencing on March 3, 2021. Notice of forfeiture was put on the record at the sentencing hearing, held on February 18, 2021, and included in the judgment (ECF No. 571). At the February 18, 2021, sentencing hearing the Court also requested the inclusion of provisions in the Final Order of Forfeiture ordering the United States to request restoration of all forfeited funds from the Attorney General's designee, the U.S. Department of Justice Money Laundering and Asset Recovery Section ("MLARS"), to apply forfeited funds towards the restitution ordered by the Court and notify the Defendant upon a determination of whether the funds will be restored. The requested language is incorporated in the proposed order.

Pursuant to Federal Rule of Criminal Procedure 32.2, and based upon the foregoing, information contained in the record, and any other information presented to the Court on this matter at sentencing, the United States respectfully

9

requests that the Court enter the Final Order of Forfeiture, which will be submitted to the Court via ECF utilities.

        Respectfully submitted,

        Saima S. Mohsin
        Acting United States Attorney

        <u>S/Shankar Ramamurthy</u>
        Shankar Ramamurthy
        U.S. Dept. of Justice Trial Attorney
        211 W. Fort Street, Ste. 2001
        Detroit, Michigan 48226
        (202) 924-5368
        Shankar.ramamurthy@usdoj.gov

Dated: April 5, 2021

## Certificate of Service

I hereby certify that on April 5, 2021 the foregoing was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

                                        S/Shankar Ramamurthy
Shankar Ramamurthy
U.S. Dept. of Justice Trial Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(202) 924-5368
Shankar.ramamurthy@usdoj.gov