Case No. 23-1053

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MASHIYAT RASHID

Defendant - Appellant

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: July 10, 2023