# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
MASHIYAT RASHID

Date of Original Judgment: 02/18/2021
Date of Previous Amended Judgment: 03/03/2021
*(Use Date of Last Amended Judgment if Any)*

Case No: 17-20465-01
USM No: 55762-039

Benton Martin
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion **[ECF No. 845]** is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____________ months **is reduced to** ____________ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant received an enhancement, pursuant to USSG §3B1.1(a), for being an organizer or leader of any criminal activity that involved five or more participants or was otherwise extensive. Defendant is not eligible for a reduction under Amendment 821, Part B.

Except as otherwise provided, all provisions of the judgment dated ____________ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 7-12-2024

[signature]
*Judge's signature*

Effective Date: ____________
*(if different from order date)*

Denise Page Hood, United States District Judge
*Printed name and title*